**\*E-FILED: April 9, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRUCE G. BANH and LEHANG PHAM, | No. C11-05744 HRL |
| Plaintiffs,<br>v. | **ORDER VACATING MOTION HEARING** |
| BANK OF AMERICA, N.A., and DOES 1-100, inclusive, | |
| Defendants. | |

Defendant's motion to dismiss (Dkt. No. 7) is deemed suitable for determination without oral argument, and the April 10, 2012 hearing is vacated. Civ. L.R. 7-1(b).

SO ORDERED.

Dated: April 9, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:11-cv-05744-HRL Notice has been electronically mailed to:

2  Justin Donald Balser    justin.balser@akerman.com, courtney.linney@akerman.com, debby.esler@akerman.com, elizabeth.streible@akerman.com, holly.watson@akerman.com, kristine.elliott@akerman.com, molly.ballard@akerman.com, stephanie.jefferson@akerman.com, toni.domres@akerman.com, tracie.jenkins@akerman.com, victoria.edwards@akerman.com

Michael James Yesk    yesklaw@gmail.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

2